## JAMES *vs.* DAVIS.

CERTIORARI, FROM STEWART.   Practice in Supreme Court.

Hall, J.—The exception is to a refusal to grant a certiorari. The petition for the writ is not contained in the bill of exceptions. It comes up in the record, of which it forms no part until it is granted, and is without other identification than the usual certificate of the clerk. Under such circumstances, according to the repeated decisions of the court, it cannot be heard. Elsas *vs.* Clay, 67 Ga., 327.

Writ of error dismissed.

I. A. Bush, by brief; E. G. Simmons, for plaintiff in error.

No appearance for defendant.